UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Taijah Jackson, | Case No. 2:23-cv-01584-MMD-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| Clark County Detention Center, *et al.*, | |
| Defendants. | |

On October 4, 2023, Plaintiff, an inmate in the custody of Clark County Detention Center, submitted a Civil Rights Complaint under 42 U.S.C. § 1983 (ECF No. 1-1); however, Plaintiff neither paid the $402 filing fee for a civil action nor filed an application to proceed *in forma pauperis*. Under 28 U.S.C. § 1915(a) and Local Rule LSR 1-2, Plaintiff may apply for *in forma pauperis* status that would allow him to file his civil action without prepaying the $402 filing fee if he submits **three** of the required documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3), (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

Accordingly, IT IS HEREBY ORDERED that on or before **December 22, 2023**, Plaintiff must either pay the $402 filing fee for a civil action or file with the Court: (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that failure to either pay the $402 filing fee or file a complete application to proceed *in forma pauperis* on or before **December 22, 2023**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1), but will not file it at this time.

IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis* for inmate along with the information and instructions for filing the same.

DATED this October 23, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE