UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Taijah Jackson<br><br>  Plaintiff,<br><br>  v.<br><br>Clark County Detention Center, *et al.*,<br><br>  Defendants. | Case No. 2:23-cv-01584-MMD-EJY<br><br>**ORDER** |

On October 23, 2023, the Court issued an Order advising Plaintiff that his application to proceed *in forma pauperis* ("IFP") was incomplete and instructing Plaintiff to file a complete IFP application or pay the $402 filing fee for a civil action no later than December 22, 2023. ECF No. 3. Plaintiff filed a second incomplete IFP application on November 1, 2023. Unfortunately, Plaintiff's second IFP application fails to include his financial certificate and inmate trust fund account statement for the previous six-month period. ECF No. 4. On December 18, 2023, Plaintiff filed a Notice that his address had changed. ECF No. 6.

It is unclear from the Notice whether Plaintiff is still housed at Clark County Detention Center ("CCDC"). Plaintiff's Notice lists CCDC as his "new" mailing address, but includes a different address on the certificate of mailing. *See* ECF No. 6. The CCDC inmate database shows Plaintiff is no longer incarcerated at that facility. The Court thus construes the Notice as stating Plaintiff's new address is 441 Bauchet Street, Los Angeles, CA 90012, which is the address for the Los Angeles County Men's Central Jail.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's incomplete application to proceed *in forma pauperis* (ECF No. 4) is DENIED without prejudice.

IT IS FURTHER ORDERED that, on or before **March 19, 2024**, Plaintiff must either pay the $402 filing fee for a civil action or file with the Court: (1) a complete **Application to Proceed in Forma Pauperis for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. Even if Plaintiff has not been

at the Los Angeles County Men's Central Jail for a full six-month period, Plaintiff must submit a financial certificate and an inmate trust fund account statement for the dates he has been at that facility.

IT IS FURTHER ORDERED that failure to either pay the $402 filing fee or file a complete application to proceed *in forma pauperis* on or before **March 19, 2024**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1), but will not file it at this time.

IT IS FURTHER ORDERED that the Clerk of the Court **must** update Plaintiff's address on the docket and send all future mail, including this Order, the approved form application to proceed *in forma pauperis* for inmate, and information and instructions for filing the same to Plaintiff as the Los Angeles County Men's Central Jail, 441 Bauchet Street, Los Angeles, CA 90012.

DATED this 23rd day of January, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE